IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| THERESA ALLEN and JAY ALLEN | § | |
| | § | |
| V. | § | NO. 1:04-CV-707 |
| | § | |
| FORD MOTOR COMPANY | § | |

## ORDER GRANTING MOTION TO WITHDRAW

Pending is defendant's "Motion for Leave to Withdraw Motion for Leave to Designate Responsible Third Parties." The court will consider this motion to withdraw unopposed, given plaintiff's opposition to the original motion for leave to designate third parties. It is therefore

**ORDERED** that defendant's motion for leave to withdraw their previous motion for leave to designate third parties (Docket No. 28) is **GRANTED**.

Defendant's original motion for leave to designate responsible third parties (Docket No. 24) is **DENIED** as moot.

SIGNED this 17th day of May, 2005.

_____
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE